IN THE MATTER OF THE ESTATE OF ANDREW WESBROOK, DECEASED (CHARLES KIMBALL, PETITIONER). 

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule for publication of notice *p. 109; (2) license to convey *p. 118.
PAPERS IN FILE: (1) Petition; (2) acknowledgment by executors of notice, etc.; (3) proof of publication of notice; (4) draft of license to convey.
*1824–36 Calendar,* MS p. 252 [a].

 JOHN ALLEN *versus* JOHN HARFORD. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for alias subpoena *p. 110; (2) motion to dissolve injunction *p. 128.
PAPERS IN FILE: [None]
*Chancery Case* 202 of 1835.

 GEORGE BOCKOVER, JR., *versus* ANN JANE BOCKOVER. ██

JOURNAL ENTRIES (1836): *Journal 5:* (1) Time fixed for hearing, notice ordered published *p. 111; (2) decree *p. 137.
PAPERS IN FILE: (1) Petition; (2) notice of taking depositions and depositions of Elizabeth Bockover, Ann Were, John Were, John Baird, Thomas Were, and Samuel S. Doty; (3) draft of decree.
*1824–36 Calendar,* MS p. 253 [b].

 MARTIN STORY *versus* WILLIAM FORSYTH. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Bill dismissed *p. 111.
PAPERS IN FILE: (1) Precipe for subpoena; (2) writ of subpoena and return.
*Chancery Case* 197 of 1835.

 EDWIN REEDER *versus* PETER CAMPAU, ARCHIBALD CAMPAU, GEORGE CAMPAU, ALEXANDER CAMPAU, AND AGATHA CAMPAU. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for further return to certiorari *p. 112; (2) rule for further return, motion to quash certiorari *p. 115.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) bond for certiorari; (3) writ of certiorari and copy of affidavit; (4) return to certiorari; (5) summons issued by justices; (6) motion for further return, suggestion of death; (7) motion to quash certiorari; (8) further return; (9) motion to strike from docket; (10) affidavit of Charles W. Whipple re return, etc.; (11) complaint to justices of the peace; (12) motion for leave to file Whipple's affidavit, etc.
*1824–36 Calendar,* MS p. 242.

